# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Themis Capital, et al. v. Democratic Republic of Congo, et al.    Docket No.: 14-4016

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Stephen F. Malouf

Firm: Malouf & Nockels LLP

Address: 3811 Turtle Creek Blvd., Suite 800, Dallas, Texas 75219

Telephone: 214-969-7373    Fax: 214-969-7648

E-mail: maloufs@smalouf.com

Appearance for: Democratic Republic of Congo and Central Bank of Democratic Republic of the Congo
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Douglas Mateyaschuk / DLA Piper LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 7, 2014    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Stephen F. Malouf

Type or Print Name: Stephen F. Malouf