

DLA Piper LLP (US)
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, Virginia 20190-5159
www.dlapiper.com

Tara M. Lee
tara.lee@dlapiper.com
T  703.773.4150
F  703.773.5150

November 21, 2014

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

>  Re:  No. 14-4016, *Themis Capital, LLC, et al. v. Democratic Republic of the Congo, et al.*

Dear Sir or Madam:

The purpose of this letter is to advise the Court that DLA Piper LLP (US) is no longer counsel for either the Democratic Republic of the Congo or the Central Bank of the Democratic Republic of the Congo in this matter. Both parties are now represented as counsel of record by Malouf & Nockels, LLP, specifically Stephen F. Malouf, Jeremy C. Martin, and Jonathan Nockels. Since November 7, 2014, Malouf & Nockels, LLP has been making all filings on behalf of Democratic Republic of the Congo and the Central Bank of the Democratic Republic of the Congo in this case.

Accordingly, effective immediately, please withdraw the appearance of, and remove from the docket, the following attorneys from DLA Piper LLP (US):

Tara Melissa Lee
Douglas Walter Mateyaschuk
Sara Z. Moghadam

Thank you in advance for your assistance, and please contact me with any questions or concerns.

Very truly yours,

**DLA Piper LLP (US)**

Tara M. Lee

EAST\86997701.1